UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Mayday Health and Nancy Turbak Berry, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. 26-\_\_\_\_ |
| v. | ) ) ) | |
| Governor Larry Rhoden and Attorney General Marty Jackley, sued in their official capacities, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## **Motion for Preliminary Injunction**

Pursuant to F.R.Civ.P. 65, Mayday Health and Nancy Turbak Berry move for a preliminary injunction barring Governor Rhoden and Attorney General Jackley from enforcing or threatening to enforce House Bill 1274 (2026) against them (1) based on Mayday's past and current speech; (2) based on Nancy Turbak Berry wearing Mayday merchandise including a Mayday sweatshirt; and (3) based on the "advertise" prohibition of House Bill 1274, which is unconstitutional on its face because it prohibits or chills a substantial amount of protected speech. *Ashcroft v. Free Speech Coalition*, 535 U.S. 234 (2002).

Dated: May 29, 2026       Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs