UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Mayday Health and Nancy Turbak Berry, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. 26-_____ |
| v. | ) ) | |
| Governor Larry Rhoden and Attorney General Marty Jackley, sued in their official capacities, | ) ) ) ) ) | |
| Defendants. | ). ) | |

**Declaration of Leo Raisner in Support of
Motion for Preliminary Injunction**

I declare under penalty of perjury:

1.    I am the Founder and Executive Director of Mayday Health, a reproductive health education nonprofit. I co-founded Mayday in May 2022 in the wake of *Dobbs v. Jackson Women's Health Organization*—responding to the widespread confusion, fear, and misinformation that followed the elimination of the federal constitutional right of abortion, particularly regarding the safety, legality, and availability of abortion pills. As Executive Director, I am responsible for setting Mayday's strategic vision, overseeing our day-to-day operations, and supervising

content development and press outreach. I make this declaration from personal knowledge and could competently attest to all facts in this declaration.

### Mayday's Mission and Website

2. Mayday's mission is to share accurate information about abortion pills, birth control, and gender-affirming care in any state, and empower people to make their own informed decisions about their own bodies. To this end, we own and operate a globally accessible website (https://mayday.health) that publishes truthful information about reproductive healthcare, including the safe and effective use of FDA-approved abortion pills such as mifepristone and misoprostol.

3. The front page of our website asks the visitor what category of information they are interested in: abortion, morning-after pills, birth control, or gender-affirming care. For each category, it then provides a series of links to third-party organizations that may provide access to such medical care or other resources. For the abortion category, Mayday provides links to well-established third-party websites including Aid Access, Cambridge Reproductive Health Consultants, A Safe Choice, Abuzz, and We Take Care of Us. Mayday also links to organizations offering supporting services, including the Digital Defense Fund's

2

privacy guide, the Miscarriage and Abortion Hotline, and the If/When/How Repro Legal Helpline.

4. Much of the information that Mayday's website links to is from clinicians, legal organizations, and health experts. We independently research that information to ensure our resources are accurate. If medically appropriate, some of these third-parties may choose to prescribe and provide access to abortion pills, such as mifepristone and misoprostol.

5. To raise awareness about the availability of reproductive health services to communities across the country, we publicize our website through social media platforms like TikTok and Instagram, as well as through billboards, plane-pulled banners, art installations, apparel, and other tangible media. Mayday itself does not sell, handle, provide, offer for sale, or distribute any medications. It also does not provide any medical or legal advice, charge any fee, collect any revenue related to the provision of medical or legal services, or obtain any other valuable consideration in exchange for disseminating its message. It does not benefit from the sale of abortion medication, and has no customers. Nor does it monetize its users' data.

6. Rather, Mayday is a donor-funded information clearinghouse—an educational resource with links to third-party websites—that provides people with

3

the information they need to make informed reproductive healthcare choices, including (if they want) to terminate pregnancies lawfully and safely despite residing in places that have burdened or outlawed abortion. This information is provided free of charge to users—as an expression of Mayday's values and beliefs. We believe this work is essential to ensuring that individuals, regardless of their location, can make informed decisions about their health and well-being.

### Mayday's Signs in South Dakota, the State's Lawsuit, and Mayday's Lawsuit

7.     To this end, on December 8, 2025, we placed signs at gas stations around South Dakota. The signs read: "Pregnant? Don't want to be?" with a prompt for consumers to "Learn more" by visiting Mayday's website, as shown below.



4

8.    The next day, December 9, 2025, South Dakota Governor Larry Rhoden issued a press release announcing he was urging South Dakota Attorney General Marty Jackley to investigate Mayday.  Exhibit 1.

9.    One day later, December 10, 2025, Attorney General Jackley demanded that we immediately desist from publishing information that could be used to facilitate "the delivery of abortion drugs to the State of South Dakota."  Failure to comply, he threatened, exposed us to "felony criminal consequences or civil penalties up to $5,000 per violation."  Exhibit 2.

10.    Attorney General Jackley's letter falsely accused us of "urging women not to seek medical care after taking abortion pills" and claimed, among other things, that Mayday had engaged in "deceptive act[s] or practice[s]" by republishing official FDA and other medical findings that abortion pills are safe and effective.  But beyond that, the Attorney General's allegations refer almost entirely to information published not by Mayday, but by and on third-party websites to which Mayday's website links.  Exhibit 2.

11.    Mayday responded on December 19, 2025, defending ourselves and our First Amendment right to speak.  Exhibit 3.

5

12.     On December 22, 2025, we learned from news reports and social media posts that the Attorney General filed a motion in South Dakota state court seeking to enjoin us and the company that placed our signs at gas stations in South Dakota. Exhibit 4.

13.     The Attorney General's motion sought to require us to remove existing content and links from our New York-based website, and also sought to ban us from posting signs at gas stations publicizing our website to audiences in South Dakota. Exhibit 4.

14.     The State supported its motion with an Affidavit of Jeff Kollars, a Supervisory Special Agent for the South Dakota Division of Criminal, that describes Mayday's allegedly "illegal advertising." Exhibit 5 at 3.

15.     The State also supported its motion with an Affidavit of Kayla Klemann, a "Consumer Protection Investigator" for the Attorney General. Exhibit 6.

16.     On January 6, 2026, Mayday sued the State, through Attorney General Jackley, in the United States District Court for the Southern District of New York, for injunctive and declaratory relief, alleging that all its speech is lawful. Exhibit 7.

6

## Repercussions of the State's Actions on Mayday's Speech

17. Mayday remains committed to its mission of providing truthful, evidence-based information to the public. But the Attorney General's actions forced us to weigh the risks and costs of defending bad faith legal actions against that commitment.

18. We refrained from publishing resources to avoid prosecution and legal fees. We wanted to publish more information in South Dakota, but put our plans on hold in light of the Attorney General's threats. We also refrained from publishing content on social media featuring South Dakota residents describing their healthcare challenges. These shuttered posts would have reached audiences around the world.

19. Mayday also more closely vetted press requests, and our leadership, including me, limited and second-guessed the tone and content of statements we made on behalf of Mayday, lest our speech—though protected—cause some controversy that would expose us to litigation. This is a significant injury for a non-profit like us whose mission is to raise awareness through earned media like newspapers, radio, and television stations.

## The State Continues to Allege that Mayday is Committing Crimes

20.     During the State's lawsuit against Mayday, and during Mayday's federal lawsuit against the State, the State alleged repeatedly that Mayday was committing crimes.  Complaint ¶¶ 18 to 23, and Exhibits 8, 9, 10, and 11.

21.     On February 18, 2026, the State filed a Complaint in the state court action making additional criminal allegations against Mayday.  The State alleged that Mayday was "advertising and soliciting the sale [of] illegal abortion pills within the physical borders of the state of South Dakota" (Exhibit 12 ¶ 1); that Mayday was "advertising and soliciting abortions for teenaged children without the required parental notification" (Exhibit 12 ¶ 4); that Mayday "advertises and solicits the sale of illegal abortion pills" (Exhibit 12 ¶¶ 44, 46, 50); and that Mayday engages in an "illegal advertising campaign"  (Exhibit 12 ¶ 53).

22.     In the same complaint, the State alleged that Mayday "sells merchandise on its website with similar messaging" about the availability of abortion pills "in all 50 states," and printed the following photo in the complaint as supporting evidence:

8



**"THEY DON'T WANT YOU TO KNOW THIS" CREAM CREWNECK**

**$35.00**

One of our most loved crewnecks! It features air-jet spun yarn which acts like fabric softener to reduce creases and piling for a crisp yet relaxed look.

- 50% cotton, 50% polyester
- Midweight fabric (8.0 oz)
- Regular fit
- Unisex sizing

Select size  Size guide

| S | M | L | XL | 2XL | 3XL |
|---|---|---|----|-----|-----|

Exhibit 12 ¶ 28.

23.    These threats further chilled Mayday's speech and deterred Mayday from carrying out its mission.

### The federal court states that Mayday is correct that the First Amendment protects its speech, and dismisses based on *Younger* abstention

24.    The federal court stated that Mayday's speech is protected by the First Amendment, and dismissed based on *Younger* abstention.  Its ruling is attached as Exhibit 13.

9

## The state and federal lawsuits settle

25. The parties entered a Limited Release Agreement that settled the state and federal lawsuits. Exhibit 14.

## South Dakota House Bill 1274 (2026) Targets Mayday

26. I have read South Dakota House Bill 1274 (2026), Exhibit 15, and the transcripts of the South Dakota Legislative proceedings concerning it, Exhibits 16, 17, 18, and 19.

27. The transcripts of the South Dakota Legislative proceedings show that House Bill 1274 targets Mayday, as explained in Section V of the Memorandum in Support of Motion for Preliminary Injunction filed herewith.

28. Governor Rhoden's press release when he signed House Bill 1274 is Exhibit 20.

29. Based on all of the above, it appears more likely than ever that South Dakota will bring criminal charges against Mayday, me, and others once House Bill 1274 becomes effective on July 1, 2026.

30. House Bill 1274 will cause Mayday to further self-censor and limit our speech in South Dakota until and unless we receive federal judicial relief from it.

10

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May __, 2026.

Leo Raisner (May 28, 2026 17:58:14 EDT)

Leo Raisner

11