26.582.31                          101st Legislative Session                          1274



# 2026 South Dakota Legislature

# House Bill 1274

# ENROLLED

## AN ACT

**ENTITLED An Act to prohibit the dispensing, distribution, sale, or advertisement of certain articles or things for purposes of an unlawful abortion and provide a criminal and civil penalty therefor.**

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF SOUTH DAKOTA:

### Section 1. That § 22-17-5.1 be AMENDED:

**22-17-5.1.** Any person who administers to any person or who prescribes or procures for any person any medicine, drug, or substance or uses or employs any instrument or other means with intent thereby to procure an abortion, unless there is appropriate and reasonable medical judgment that performance of an abortion is necessary to preserve the life of the pregnant female, is guilty of a Class 6 felony.

### Section 2. That a NEW SECTION be added to chapter 22-17:

No person may knowingly dispense, distribute, sell, or advertise any of the following for purposes of an unlawful abortion pursuant to § 22-17-5.1:

(1)   An article or thing designed, adapted, or intended for producing an abortion; or

(2)   An article, instrument, substance, drug, medicine, or thing that is advertised or described in a manner calculated to lead another to use or apply it for producing an abortion.

A violation of this section is a Class 6 felony.

### Section 3. That a NEW SECTION be added to chapter 22-17:

The attorney general may recover a civil penalty against a person for violating section 2 of this Act. The amount of the civil penalty may not exceed ten thousand dollars for each violation. The clerk of court shall forward any civil penalty collected under this section to the state treasurer, for deposit in the life protection subfund, as established within the extraordinary litigation fund pursuant to § 1-33-8.11.

EXHIBIT

tabbies

**15**

JG

26.582.31                                    2                                    1274

The attorney general may recover attorney fees, costs, and any other award the court determines is appropriate.

**Section 4. That a NEW SECTION be added to chapter 22-17:**

If the attorney general has reason to believe that a person is engaging in, has engaged in, or is about to engage in a violation of section 2 of this Act, the attorney general may bring an action in the name of the state against the person to restrain the person by temporary or permanent injunction.

An action under this section may be brought in the circuit court for the county in which the alleged violator resides or has a place of business, or in the circuit court for Hughes County, South Dakota. The court may issue a temporary or permanent injunction to restrain and prevent any violation of section 2 of this Act.

The attorney general may recover attorney fees, costs, and any other award the court determines is appropriate.

26.582.31                                    3                                    1274

An Act to prohibit the dispensing, distribution, sale, or advertisement of certain articles or things for purposes of an unlawful abortion and provide a criminal and civil penalty therefor.

I certify that the attached Act originated in the:

House as Bill No. 1274

_Patricia Miller_
Chief Clerk of the House

_(signature)_
Speaker of the House

Attest:

_Patricia Miller_
Chief Clerk of the House

_(signature)_
President of the Senate

Attest:

_(signature)_
Secretary of the Senate

House Bill No. 1274
File No. _____
Chapter No. 194

Received at this Executive Office this 12 day of March, 2026 at 2:20 P M.

By _Judy Davis_
for the Governor

The attached Act is hereby approved this 20 day of March, A.D., 2026

_(signature)_
Governor

**STATE OF SOUTH DAKOTA,**
                                        ss.

Office of the Secretary of State

Filed March 20, 2026
at 4:10 o'clock P M.

_Monae L. Johnson_
Secretary of State

By _____
Asst. Secretary of State

HB1274 ENROLLED