UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Mayday Health and Nancy Turbak Berry, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. 26-_____ |
| v. | ) ) | |
| Governor Larry Rhoden and Attorney General Marty Jackley, sued in their official capacities, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**Declaration of Nancy Turbak Berry in Support of
Motion for Preliminary Injunction**

I declare under penalty of perjury:

1.      I have been a lawyer since 1981.  From 2000 to 2006 I was a member of the State Bar of South Dakota Disciplinary Board, and its Chair from 2004 to 2006. I am a Fellow of the American College of Trial Lawyers.  I was the first woman to be inducted into its South Dakota Chapter, and the first woman member of the South Dakota Chapter of the American Board of Trial Advocates.  In 1997 I was named South Dakota Trial Lawyers Association Trial Lawyer of the Year.  In 2025 I received a Lifetime Achievement Award from the same organization.  In 2013, at

the request of USD Law School, I developed and taught a Constitutional Law class entitled Sexuality, Reproduction, and the Law.

2.      I own a Mayday Health sweatshirt that reads:

*"They don't want*

*you to know this:*

You can still get

ABORTION PILLS

*in all 50 states*

Learn More at Mayday.Health"



3.      I have read the Complaint in this action.

2

4.      Because House Bill 1274 makes it a felony for anyone to "advertise" an abortion pill, and considering the State's actions and arguments that are described in the Complaint, I believe that wearing my sweatshirt after July 1, 2026, will subject me to criminal prosecution for a Class 6 felony, a civil penalty of up to ten thousand dollars each time I wear it, attorney fees, costs, "and any other award the court determines is appropriate," all as set forth in HB 1274 sections 2, 3, and 4.

5.      Unless this Court determines that wearing my Mayday Health sweatshirt is protected by the First Amendment, I will censor my speech by not wearing it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2026.

Nancy Turbak Berry