UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Mayday Health and Nancy Turbak Berry, | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:26-cv-04096-CCT |
| v. | ) ) ) | |
| Governor Larry Rhoden and Attorney General Marty Jackley, sued in their official capacities, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**<u>Certificate of Service</u>**

I certify that on May 29, 2026, I served the Complaint, Summons, Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction, Declaration of Leo Raisner with Exhibits 1-20, Declaration of Nancy Turbak Berry, and this Certificate of Service on defendants by emailing them to Attorney General Marty Jackley at Marty.Jackley@state.sd.us, and on Amanda J. Miiller, Assistant Attorney General, at amanda.miiller@state.sd.us.

Dated: May 29, 2026          <u>/s/ James D. Leach</u>
                                             James D. Leach