# JAMES D. LEACH

*Attorney at Law*
1617 Sheridan Lake Road
Rapid City, SD 57702-3483
Tel:  (605) 341-4400
Fax: (605) 341-0716

*Legal Assistant*
*Raquel L. Vokenroth, CLA*

*Legal Secretary*
*Tracy L. Gardner*

jim@southdakotajustice.com

May 29, 2026

Hon. Camela C. Theeler
United States District Judge
515 9th St. Room 318
Rapid City, SD 57701

  Re: Mayday v. Rhoden, No. 4:26-cv-04096-CCT

Dear Judge Theeler:

  I filed this case this morning, with a Motion for Preliminary Injunction and supporting documents. The case requests pre-enforcement relief against a new law, South Dakota House Bill 1274 (2026), which unless enjoined will go into effect on July 1.  I request a hearing on the motion before July 1.  I have already served all documents on the State, as shown in the Certificate of Service, Doc. 7.

      Respectfully submitted,

      */s/ James D. Leach*

      James D. Leach

JL/hs
cc: Marty Jackley
  Amanda Miiller