UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MAYDAY HEALTH, NANCY TURBAK BERRY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>GOVERNOR LARRY RHODEN, IN HIS OFFICIAL CAPACITY; AND ATTORNEY GENERAL MARTY JACKLEY, IN HIS OFFICIAL CAPACITY;<br><br>    Defendants. | 4:26-CV-04096-CCT<br><br><br>**ORDER SETTING PREHEARING SCHEDULE** |

The parties have agreed to a prehearing schedule and move this Court for an order confirming. Docket 12. Good cause appearing, the following prehearing deadlines shall apply:

1. Defendants shall file any potential motion to dismiss by **June 12, 2026**.

2. Defendants shall file any brief in opposition to the motion for preliminary injunction on or before **June 16, 2026**.

3. Plaintiffs shall file their witness and exhibit lists for their case-in-chief by **9:00 a.m.** on **June 17, 2026**.

4. Defendants shall file their witness and exhibit lists for their case-in-chief by **9:00 a.m.** on **June 18, 2026**.

5. Plaintiffs shall file any response to the Defendants' potential motion to dismiss by **6:00 p.m.** on **June 21, 2026**.

6. Plaintiffs shall file any response to the Defendants' brief in opposition to motion for preliminary injunction by **6:00 p.m.** on **June 21, 2026**.

Dated June 11, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*

CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE