# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

|  |  |  |
|---|---|---|
| **MAYDAY HEALTH** and **NANCY TURBAK BERRY,** | * * * * | |
| *Plaintiffs,* | * * | 4:26-cv-04096-CCT |
| v. | * * | |
| **LARRY R. RHODEN,** Governor for the State of South Dakota, and **MARTY J. JACKLEY,** Attorney General for the State of South Dakota, in their official capacities, | * * * * * | |
| *Defendants.* | * * | |

## MOTION TO DISMISS TURBAK BERRY CLAIMS

Defendants Larry R. Rhoden and Marty J. Jackley, by and through their counsel Amanda J. Miiller, Grant M. Flynn and Paul S. Swedlund hereby file this motion to dismiss.  Plaintiff Nancy Turbak Berry alleges that SDCL 22-17-5.3 (effective July 1, 2026) is unconstitutional because she is deterred from wearing a Mayday Health sweatshirt advocating in favor of abortion pills. Because the statute on its face does not criminalize simply wearing a Mayday Health sweatshirt, Turbak Berry's claims should be dismissed for lack of standing and for failure to state a claim for which relief may be granted.  Fed.R.Civ.P. 12(b)(1), (6).

Dated this 12th day of June 2026.

**MARTY J. JACKLEY**
**ATTORNEY GENERAL**

*Paul S. Swedlund*

Paul S. Swedlund
SOLICITOR GENERAL
Amanda J. Miiller
DEPUTY ATTORNEY GENERAL
Grant M. Flynn
Jacob R. Dempsey
ASSISTANT ATTORNEYS GENERAL
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone: 605-773-3215
paul.swedlund@state.sd.us