UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| Mayday Health and Nancy Turbak Berry, | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:26-cv-04096-CCT |
| v. | ) ) ) | |
| Governor Larry Rhoden and Attorney General Marty Jackley, sued in their official capacities, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## **Plaintiffs' Motion in Limine**

Plaintiffs move in limine to exclude from evidence:

1.      The testimony of Patricia Giebink, M.D. and State's Exhibits DD, EE, and FF, because the alleged risks and dangers of abortion pills, and the truth or falsity of Mayday's speech, are irrelevant, so Dr. Giebink's testimony and these exhibits are barred by Rules 402 and 702.

2.      State's Exhibits T, U, V, W, Y, and Z, and testimony from State witnesses about these and other websites that Mayday's website links to, because

all such testimony is irrelevant under the Communications Decency Act, 47 U.S.C.

§ 230.

3.      Evidence about Mayday's supporters or donors, because the First

Amendment bars the State from obtaining such information, and it is irrelevant.

Dated: June 21, 2026             Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.
Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

Certificate of Service

I certify that on June 21, 2026, I filed this document by CM/ECF, thereby causing automatic electronic service to be made on all other parties.

/s/ James D. Leach
James D. Leach

2