UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Mayday Health and Nancy Turbak Berry, | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:26-cv-04096-CCT |
| v. | ) ) ) | |
| Governor Larry Rhoden and Attorney General Marty Jackley, sued in their official capacities, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**Plaintiffs' Motion to Strike State's Supplemental
Response to Motion for Preliminary Injunction (Doc. 29)**

Plaintiffs move to strike the State's Supplemental Response to Motion for Preliminary Injunction (Doc. 29) because it contravenes D.S.D. Civ. LR 7.1B and this Court's scheduling order, and because it is irrelevant because its factual predicate is a chatbot ("Chatbot Charley") that no longer is on Mayday's website.

Dated: June 22, 2026          Respectfully submitted,

/s/ James D. Leach
James D. Leach
Attorney at Law
1617 Sheridan Lake Rd.

Rapid City, SD 57702
Tel: (605) 341-4400
jim@southdakotajustice.com
Attorney for Plaintiffs

<u>Certificate of Service</u>

I certify that on June 22, 2026, I filed this document by CM/ECF, thereby causing automatic electronic service to be made on all other parties.

<u>/s/ James D. Leach</u>
James D. Leach