UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Mayday Health and Nancy Turbak Berry, | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:26-cv-04096-CCT |
| v. | ) ) ) | |
| Governor Larry Rhoden and Attorney General Marty Jackley, sued in their official capacities, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**Declaration of James D. Leach in Support of
Plaintiffs' Motion to Strike State's Supplemental
Response to Motion for Preliminary Injunction (Doc. 29)**

1.      Attached as Exhibit 1 is a hard copy of two emails I sent to the State. The first was sent at 6:00 p.m. last night advising the State that Mayday Health would remove Chatbot Charley from its website.  The second was sent at 6:18 a.m. this morning advising the State that Chatbot Charley was removed from Mayday's website last night, and that the State could verify this by going to the website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2026.

/s/ James D. Leach
James D. Leach

<u>Certificate of Service</u>

I certify that on June 22, 2026, I filed this document by CM/ECF, thereby causing automatic electronic service to be made on all other parties.

<u>/s/ James D. Leach</u>
James D. Leach