## Jim Leach

**From:** Jim Leach
**Sent:** Monday, June 22, 2026 6:18 AM
**To:** 'marty.jackley@state.sd.us'; 'Miiller, Amanda'
**Cc:** 'Dempsey, Jacob'; 'Swedlund, Paul'; 'Whitley, Christina'
**Subject:** RE: Mayday v. Rhoden - Notice of change to Mayday's website

Greetings:

Chatbot Charley was removed from Mayday's website last night.

You are welcome to verify this by going to the website.

Sincerely,

Jim Leach
Attorney
1617 Sheridan Lake Rd
Rapid City, SD 57702
Tel: 605 341 4400

**From:** Jim Leach
**Sent:** Sunday, June 21, 2026 6:00 PM
**To:** marty.jackley@state.sd.us; 'Miiller, Amanda' <Amanda.Miiller@state.sd.us>
**Cc:** Dempsey, Jacob <Jacob.Dempsey@state.sd.us>; Swedlund, Paul <Paul.Swedlund@state.sd.us>; Whitley, Christina <Christina.Whitley@state.sd.us>
**Subject:** Mayday v. Rhoden - Notice of change to Mayday's website

Greetings:

Mayday Health has decided to remove Chatbot Charley from its website. We believe this will be accomplished tomorrow (Monday). If not, it will definitely be accomplished this coming week. The rest of the website will remain the same.

Sincerely,

Jim Leach
Attorney
1617 Sheridan Lake Rd
Rapid City, SD 57702
Tel: 605 341 4400



EXHIBIT
1

1