UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Mayday Health and Nancy Turbak Berry, | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:26-cv-04096-CCT |
| v. | ) ) ) | |
| Governor Larry Rhoden and Attorney General Marty Jackley, sued in their official capacities, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**Memorandum in Support of**
**Plaintiffs' Motion to Strike State's Supplemental**
**<u>Response to Motion for Preliminary Injunction (Doc. 29)</u>**

The Local Rules authorize a motion, a response, and a reply.  D.S.D. Civ. LR

7.1B.  The parties stipulated to dates for the State's response brief and plaintiffs'

reply brief.  Docs. 12 and 13.  The State filed its response brief by its deadline of June

16.  Then on June 21 at 3:39 p.m., without any prior notice to plaintiffs, the State filed

an unauthorized, putative "Supplemental Response" brief, shortly before plaintiffs'

6:00 p.m. deadline to file both their reply brief and their Response to the State's

Motion to Dismiss Nancy Turbak Berry.  The "Supplemental Response" violates both Local Rule 7.1B and this Court's order, so should be stricken.

In addition, the factual predicate for the State's motion is "Chatbot Charley" on Mayday's website.  Doc. 29 at 4-5.  As the State filed Doc. 29, Mayday was finalizing its decision to remove Chatbot Charley from its website.  Plaintiffs informed the State at 6:00 p.m. that it had decided to remove Chatbot Charley.  Later that evening, Chatbot Charley was removed.  Declaration of James D. Leach.  So the State's Supplemental Brief is irrelevant and should be stricken on that basis also.

Dated: June 22, 2026                Respectfully submitted,

                                    /s/ James D. Leach
                                    James D. Leach
                                    Attorney at Law
                                    1617 Sheridan Lake Rd.
                                    Rapid City, SD 57702
                                    Tel: (605) 341-4400
                                    jim@southdakotajustice.com
                                    Attorney for Plaintiffs

                        Certificate of Service

I certify that on June 22, 2026, I filed this document by CM/ECF, thereby causing automatic electronic service to be made on all other parties.

                                    /s/ James D. Leach
                                    James D. Leach

2