UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| MAYDAY HEALTH and NANCY TURBAK BERRY, | ) ) ) | 4:26-cv-04096-CCT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | DEFENDANTS' MOTION TO STRIKE AND |
| GOVERNOR LARRY RHODEN and ATTORNEY GENERAL MARTY JACKLEY, sued in their official capacities, | ) ) ) ) ) | MOTION IN LIMINE |
| Defendants. | ) | |

COMES NOW, the above-named Defendants, Governor Larry Rhoden (hereinafter "Governor" or "Defendant") and Attorney General Marty Jackley (hereinafter "General" or "Defendant"), by and through their undersigned counsel, Amanda Miiller, Deputy Attorney General, and hereby moves this Court pursuant to Federal Rule of Civil Procedure 12 as well as Federal Rules of Evidence 401, 402, and 403, for an Order striking from Plaintiffs' pleadings all references to testimony of individual Legislators during the consideration of HB 1274 as well as any conclusions drawn by United States District Court for the South District of New York, Hon. Katherine Polk Failla, that exceeded the Court's jurisdictional determination.  Specifically, Defendants move to have the following references stricken from the record:

1. Plaintiffs' Complaint for Preliminary and Permanent Injunction and for Declaratory Relief, ¶ 30.  Doc. 1, ¶ 30.

2. Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction, Section V.  Doc. 4, § 5.

3.  Raisner Declaration Exhibits 13, 16-19.  Doc. 5-13, 5-16, 5-17, 5-18, 5-19.

Dated this 22nd day of June, 2026.

/s/ Amanda Miiller
Amanda Miiller
Deputy Attorney General
1302 E. Highway 14, Suite #1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: amanda.miiller@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Amanda Miiller
By: Amanda Miiller
Deputy Attorney General

2