## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA

Camela C. Theeler United States District Judge Presiding

Courtroom Deputy: MSB                                   Court Reporter: Deanna Clayborne
Courtroom: RC #1                                        Date: June 23, 2026

4:26-CR-4096-CCT

| | |
|---|---|
| MAYDAY HEALTH and NANCY TURBAK BERRY,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNOR LARRY RHODEN and ATTORNEY GENEARL MARTY JACKLEY,<br><br>Defendant. | James Leach<br><br><br><br>Marty Jackley<br>Jacob Dempsey<br>Amanda Miiler<br>Paul Swedlund |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

TIME:
9:00 AM       Enter evidentiary hearing regarding Motion for Preliminary Junction (Doc. 3)

              Discussion regarding advancing the trial on the merits and consolidating it with
              preliminary injunction hearing
              Plaintiff requests consolidating
              Defendant opposes
              Court rules preliminary injunction hearing will be separate hearing from the trial
              on the merits

              Discussion regarding Motion to Strike (Doc. 34) re defendants
              Supplement (Doc. 29)

              Discussion regarding Motion in Limine (Doc. 32)
              The Court rules on Motion in Limine

              Discussion regarding Motion in Limine (Doc. 41)
              The Court rules on Motion in Limine

Opening Statements made by Mr. Leach and Mr. Jackley

**Witness(es):**
Nancy Turbak Berry
Leo Raisner

PLAINTIFF RESTS

11:53 AM        Court in recess

1:15 PM         Hearing resumes

**Witness(es):**
Kayla Klemann
Patricia Giebink

DEFENSE RESTS

REBUTTAL

**Witness(es):**
Leo Raisner
Marvin Buehner (via telephone)

Mr. Swedlund addresses the Court regarding evidentiary issue
Mr. Leach responds

Closing arguments by Mr. Leach and Mr. Jackley

The Court questions the parties

Discussion regarding briefing

5:39 PM         Court adjourned