## CHATBOT CHARLEY QUOTES

1. "Abortion pills are available online in every state thanks to shield laws."

2. "It's not a crime in any state for people to get or use abortion pills for themselves before 24 weeks of pregnancy."

3. "[A]bortion options will depend on your location."

4. Abortion pills are "available to you."

5. "[I]t's safe to take pills without seeing a provider first."

6. Abortion is "medically safe no matter how far along someone is in their pregnancy."

7. "[G]et abortion pills mailed to your home from a telehealth provider, and take them on your own."

8. Instructing women to not "tell anyone that you took abortion pills, even if you need to visit a medical provider for follow-up care."



EXHIBIT
JJ