# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| MAYDAY HEALTH and NANCY TURBAK BERRY, | ) ) ) | 4:26-CV-04096-CCT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NOTICE OF APPEAL |
| GOVERNOR LARRY RHODEN and ATTORNEY GENERAL MARTY JACKLEY, sued in their official capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Notice is hereby given that Governor Larry Rhoden and Attorney General Marty Jackley, Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order on Pending Motions entered in this action on the 17th day of July, 2026, by the Honorable Camela C. Theeler, United States District Judge for the District of South Dakota.

Dated this 3rd day of August, 2026.

/s/ Amanda Miiller
Amanda Miiller
Deputy Attorney General
Attorney for Defendants
1302 E. Highway 14, Suite #1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: amanda.miiller@state.sd.us

2

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of South Dakota, by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Amanda Miiller
Amanda Miiller
Deputy Attorney General