**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

| | | |
|---|---|---|
| MAYDAY HEALTH and NANCY TURBAK BERRY, | ) ) ) | 4:26-CV-04096-CCT |
| Plaintiffs, | ) ) | |
| v. | ) ) | DEFENDANTS' MOTION FOR STAY OF PRELIMINARY INJUNCTION PENDING APPEAL |
| LARRY R. RHODEN, Governor for the State of South Dakota, and MARTY J. JACKLEY, Attorney General for the State of South Dakota, in their official capacities, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This Court entered an Order on Pending Motions, which granted a preliminary injunction in Plaintiffs' favor, on July 17, 2026. Doc. No. 51. Governor Larry Rhoden and Attorney General Marty Jackley, Defendants in the above-named case, respectfully move this Court for a stay of the preliminary injunction pending appeal. *See* FED. R. CIV. P. 62(d). The grounds supporting the request for stay are detailed in Defendants' Brief in Support of Motion for Stay of Preliminary Injunction Pending Appeal, which is filed under separate cover.

Dated this 3rd day of August, 2026, Pierre, South Dakota.

  /s/ *Amanda J. Miiller*
Amanda J. Miiller
Deputy Attorney General
1302 East SD Highway 1889, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
Email: Amanda.Miiller@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of South Dakota, by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Amanda Miiller
Amanda Miiller
Deputy Attorney General