**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

| | | |
|---|---|---|
| MAYDAY HEALTH and NANCY TURBAK BERRY, | ) ) ) | 4:24-CV-04096-CCT |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | AFFIDAVIT OF AMANDA MIILLER |
| LARRY R. RHODEN, Governor for the State of South Dakota, and MARTY J. JACKLEY, Attorney General for the State of South Dakota, in their official capacities, | ) ) ) ) ) ) | |
| Defendants. | ) | |

I, Amanda Miiller, Deputy Attorney General, having been duly sworn upon oath, states as follows:

1.    I am one of the attorneys representing Defendants in the above-entitled matter.

2.    Attached as Exhibit 1 is the Official Advisory Opinion of General Counsel for the United States Postal Service regarding the application of the Comstock Act.

3.    Attached as Exhibit 2 is the #WeCountReport issued by the Society of Family Planning for April 2022 to December 2025, which was published on June 10, 2026.

Dated this 3rd day of August, 2026.

_____
Amanda Miiller
Deputy Attorney General

1

Subscribed and sworn to before me this 3rd day of August, 2026, at

Pierre, South Dakota.

MARY A. BARTHOLOMEW
NOTARY PUBLIC (SEAL)
SOUTH DAKOTA
(Seal)

_____
Notary Public, State of South Dakota

My Commission expires: ___9-5-2026___