UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MAYDAY HEALTH and NANCY TURBAK BERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNOR LARRY RHODEN, in his official capacity, and ATTORNEY GENERAL MARTY JACKLEY, in his official capacity,<br>Defendants. | 4:26-CV-04096-CCT<br><br>**ORDER GRANTING MOTION TO SET DEADLINE** |

Plaintiffs move the Court for an order setting the deadline to file a motion for attorney fees and costs pursuant to Fed. R. Civ. P. 54(d)(2)(B) and D.S.D. Civ. LR 54.1A. Dockets 52 and 53. Based on lack of objection by defendants and good cause appearing, it is

ORDERED that the Motion to Set Deadline to File Motion for Attorney Fees and Costs, Docket 52, is granted; it is further

ORDERED that the fourteen-day deadline in Fed. R. Civ. P. 54(d)(2)(B)(i) is extended in this Court's discretion under Rule 54(d)(2)(B) to 28 days after the Court enters judgment on plaintiffs' request for a permanent injunction.

Dated August 20, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE