# United States District Court
## District of South Dakota
Office of the Clerk

Central/Northern Division
P.O. Box 7147
Pierre, SD 57501

Southern Division
400 South Phillips,
Room 128
Sioux Falls, SD 57104

Western Division
515 Ninth Street,
Room 302
Rapid City, SD 57701

Matthew W. Thelen
Clerk of Court

Telephone
(605) 330-6600

August 20, 2026

**TRANSMITTAL OF NOTICE OF APPEAL IN A CIVIL CASE**

| | | |
|---|---|---|
| 1. | **Case No. & Short Caption:** | 4:26-cv-4096-RAL; Mayday Health et al v. Rhoden et al |
| 2. | **Date Notice of Appeal filed:** | 08/3/2026 Doc. 54 |
| 3. | **Have other appeals been filed in this case? If so, Appeal No.:** | No |
| 4. | **Court Reporter:** | N/A |
| 5. | **Appellate Filing Fee Status:** | |

☒ **Paid** ☐ **Not Paid** ☐ **IFP granted** ☐ **IFP Pending**

*NOTE*: If this is a prisoner civil appeal, do *not* transmit the appeal until the appellate filing fee has been paid or the district court rules on IFP. Otherwise, the Eighth Circuit will issue a limited remand.

| | | |
|---|---|---|
| 6. | **Are there any other pending motions?** | Yes |
| | **If yes, list pending motions and document numbers:** | Motion to Stay doc. 55 |
| 7. | **If this is a §2255 or §2254 appeal, has there been a ruling on COA?** | NA |

*NOTE:* Do *not* transmit the appeal until the district court rules on the COA or the Eighth Circuit will issue a limited remand

| | | |
|---|---|---|
| 8. | **Additional comments:** | None |

Office of the Clerk